UNITED STATES of America,
Plaintiff–Appellee,

v.

Lawrence W. NELSON, a/k/a Zikkee,
Defendant–Appellant.

No. 15–7733.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2016.

Decided: April 1, 2016.

Lawrence W. Nelson, Appellant Pro Se. Zelda Elizabeth Wesley, Assistant United States Attorney, Clarksburg, West Virginia, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence W. Nelson appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Nelson*, No. 1:03–cr–00049–IMK–RWT–1 (N.D.W.Va. Sept. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*